Case: 6:19-cr-10023, Document: 150, Filed: 07-01-2020, Page 2 of 7



DEFENDANT: Joseph D. Richard, Jr.
CASE NUMBER: 6:19CR10023 - 001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 12 months and 1 day.

FILED
U.S. District Court
District of Kansas
AUG 07 2020
Clerk, U.S. District Court
By GRK Deputy Clerk

☐ The Court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.

☐ at __ on __.

☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before __ on __.

☒ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

---

---

---

Defendant delivered on 7/30/20 to FTC

at OKC, with a certified copy of this judgment.

S. Young
~~UNITED STATES MARSHAL~~ WARDEN

By C. Reynolds
~~Deputy U.S. Marshal~~ CSO

UNITED STATES MARSHAL
RECEIVED
AUG 7 2020
WICHITA, KS